IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO

Debtor (s)

Julio C. Loyola Mercado

Case No: 2203014

Chapter 13

Monthly Financial Report for Business (D/B/A)

FOR THE PERIOD BEGINNING 5/1/2023 AND ENDING 5/31/2023

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A"

| | CURRENTE MONTH | PREVIOUS MONTH |
|---|---|---|
| A. CASH AT BEGINNING OF PERIOD | $6,879.17 | $6,928.81 |
| B. RECEIPTS: | | |
| 1. Cash Sales | | |
| Less: Cash Refunds | | |
| Net Cash Sales | | |
| 2. Collection on post petition A/R | | |
| 3. Collection on pre petition A/R | | |
| 4. Other receipts | | |
| C. TOTAL RECEIPTS | $0.00 | $0.00 |
| D. TOTAL CASH AVAILABLE FOR OPERATIONS | $6,879.17 | $6,928.81 |
| E. DISBURSMENT | | |
| 1. Net Payroll | $1,164.50 | $1,631.50 |
| 2. Payroll Taxes Paid | | $0.00 |
| 3. Sales and Use Taxes | $0.00 | $525.25 |
| 4. Other Taxes | | $0.00 |
| 5. Rent (ATM) | $660.00 | $660.00 |
| 6. Other Leases (BANK ACCOUNT) | N/A | N/A |
| 7. Telephone | $56.69 | $57.68 |
| 8. Utilities | $350.00 | $150.00 |
| 9. Travel Transportation | N/A | N/A |
| 10. Vehicle Expenses | N/A | N/A |
| 11. Office Supplies | $226.16 | $0.00 |
| 12. Advertising | $0.00 | $0.00 |
| 13. Insurance | $63.85 | $63.84 |
| 14. Purchases of Fixed Assets (Attach details) | N/A | N/A |
| 15. Purchases of Inventory | $3,460.39 | $2,256.90 |
| 16. Manufacturing Supplies | $0.00 | $0.00 |
| 17. Repairs and Maintenance | $0.00 | $0.00 |
| 18. Payments to Secured Creditors (Business loans) | $312.00 | $424.00 |
| 19. Other Operating Expenses (ATM FEES) | $33.30 | $83.40 |
| 20. Profesional Services | $0.00 | $315.00 |
| F. TOTAL CASH DISBURSEMENS | $6,326.89 | $6,167.57 |
| G. ENDING CASH BALANCE | $552.28 | $761.24 |
| H. ENDINGS CASH BALANCE (THIS PERIOD) | $552.28 | $761.24 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO

Debtor (s)

Julio C. Loyola Mercado

Case No: 2203014

Chapter 13

Monthly Financial Report for Business (D/B/A)

| FOR THE PERIOD BEGINNING | 6/1/2023 | | AND ENDING | 6/30/2023 |
|---|---|---|---|---|

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A"

| | CURRENTE MONTH | PREVIOUS MONTH |
|---|---|---|
| A. CASH AT BEGINNING OF PERIOD | $0.00 | $6,879.17 |
| B. RECEIPTS: | | |
| 1. Cash Sales | | |
| Less: Cash Refunds | | |
| Net Cash Sales | | |
| 2. Collection on post petition A/R | | |
| 3. Collection on pre petition A/R | | |
| 4. Other receipts | | |
| C. TOTAL RECEIPTS | $0.00 | $0.00 |
| D. TOTAL CASH AVAILABLE FOR OPERATIONS | $0.00 | $6,879.17 |
| E. DISBURSMENT | | |
| 1. Net Payroll | $0.00 | $1,164.50 |
| 2. Payroll Taxes Paid | | $0.00 |
| 3. Sales and Use Taxes | $0.00 | $0.00 |
| 4. Other Taxes | | $0.00 |
| 5. Rent (ATM) | $660.00 | $660.00 |
| 6. Other Leases (BANK ACCOUNT) | N/A | N/A |
| 7. Telephone | $56.69 | $56.69 |
| 8. Utilities | $350.00 | $350.00 |
| 9. Travel Transportation | N/A | N/A |
| 10. Vehicle Expenses | N/A | N/A |
| 11. Office Supplies | $0.00 | $226.16 |
| 12. Advertising | $0.00 | $0.00 |
| 13. Insurance | $63.85 | $63.85 |
| 14. Purchases of Fixed Assets (Attach details) | N/A | N/A |
| 15. Purchases of Inventory | $0.00 | $3,460.39 |
| 16. Manufacturing Supplies | $0.00 | $0.00 |
| 17. Repairs and Maintenance | $0.00 | $0.00 |
| 18. Payments to Secured Creditors (Business loans) | $0.00 | $312.00 |
| 19. Other Operating Expenses (ATM FEES) | $0.00 | $33.30 |
| 20. Profesional Services | $0.00 | $0.00 |
| F. TOTAL CASH DISBURSEMENS | $1,130.54 | $6,326.89 |
| G. ENDING CASH BALANCE | -$1,130.54 | $552.28 |
| H. ENDINGS CASH BALANCE (THIS PERIOD) | -$1,130.54 | $552.28 |